IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE LESTER HARRIS,                          )
                    Petitioner   )
                                   )

    vs.                                        ) Civil Action No. 07-213
                                   ) Judge Donetta W. Ambrose/
DAVID DIGUGLIELMO, Superintendent ) Magistrate Judge Amy Reynolds Hay
Graterford SCI; THE ATTORNEY              )
GENERAL OF THE STATE OF                   )
PENNSYLVANIA; THE DISTRICT                )
ATTORNEY OF THE COUNTY OF                 )
ALLEGHENY,                                )
                    Respondents  )

## ORDER

AND NOW, this 22nd day of Oct. , 2007, after the Petitioner,

George Lester Harris, filed an action in the above-captioned case, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties ten days

after being served with a copy to file written objections thereto, and objections having been filed

by counsel for the Petitioner, and upon independent review of the record, and upon consideration

of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this

Court,

        IT IS HEREBY ORDERED that the Habeas Petition filed pursuant to 28 U.S.C. §

2254 is denied.

        IT IS FURTHER ORDERED that a certificate of appealability is denied.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


DONETTA W. AMBROSE
Chief United States District Judge


cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Norris E. Gelman, Esq.
       620 Chestnut Street
       The Public Ledger Building, Suite 940
       Philadelphia, PA 19106

       Caroline M. Roberto, Esq.
       Law & Finance Building
       5th Floor
       Pittsburgh, PA 15219

       Ronald M. Wabby, Jr.
       Assistant District Attorney
       Office of the District Attorney
       401 Allegheny County Courthouse
       Pittsburgh, PA 15219